UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | Hon. Tonianne J. Bongiovanni U.S.M.J. |
| | Crim. No. 19-485 (PGS) |
| v. | |
| | CONSENT ORDER FOR |
| Khalil Howard | TEMPORARY MODIFICATION |
| | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Khalil Howard, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Ian Brater, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Howard's bail release conditions; and

WHEREAS, bail release conditions were imposed on July 17, 2019 by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other conditions, 24-hour house arrest with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, Mr. Howard seeks to attend the funeral of his relative Abdulla Hassan Muchammad Jr.'s at Donato-Askew Memorial Home 354 Shrewsbury Ave Red Bank, New Jersey 07701; and

WHEREAS, Mr. Howard seeks to attend services from 10:00 a.m. to 12:00 p.m. on Friday, December 13, 2019, and the burial which will follow immediately after the services.

WHEREAS, he will be accompanied at all times by third party custodian(s);

IT IS THE FINDING OF THIS COURT

On this 12th day of December, 2019, that the bail conditions shall be temporarily modified as follows:

1. Mr. Howard shall be permitted to leave his residence at 8:30 a.m. on December 13, 2019. He shall be back at his residence by 4:00 p.m.;

2. Mr. Howard shall be accompanied at all times by his third party-custodian(s);

3. Mr. Howard shall go directly to Donato-Askew Memorial Home 354 Shrewsbury Ave Red Bank, New Jersey 07701 for the memorial service and burial;

4. Mr. Howard shall stay at the funeral at all times until he goes directly home with his third party custodian(s);

5. All other conditions shall remain the same.

*Tonianne J. Bongiovanni*
Tonianne J. Bongiovanni
United States Magistrate Judge