UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 19-485 (PGS) |
| v. : | |
| : | DETENTION ORDER |
| KHALIL I. HOWARD : | |

This matter having been opened to the Court by the filing of an arrest warrant on January 22, 2024, issued as a result of an amended petition alleging that the defendant violated the terms of his supervised release; and the Court having previously ordered the defendant's release on conditions, including electronic monitoring, following an initial appearance on the amended petition on January 25, 2024; and the Court having reopened the issue of release or detention based on the defendant's conduct toward representatives of the U.S. Probation Office immediately following the defendant's release on January 25, 2024; and the Court having heard and considered the positions of the government and the defendant at a hearing on February 8, 2024; and for the reasons stated by the Court on the record; and for good cause shown:

IT IS, therefore, on this 8th day of February, 2024,

ORDERED that the defendant's release is revoked and the defendant is hereby ORDERED DETAINED. The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title

1

18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending a hearing on the alleged violations of supervised release in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge