PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Khalil I Howard  Cr.: 19-00485-001
PACTS #: 6355613

Name of Presiding Judicial Officer:   THE HONORABLE TONNIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

Date of Original Sentence: 09/20/2021

Original Offense:   Count One: Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1)

Original Sentence: 30 months imprisonment, 3 years supervised release

Special Conditions: Substance Abuse Testing/Treatment, Gambling Restriction, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Motor Vehicle Compliance, Support Dependents, Prohibition on Gangs/Criminal/Associations

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/30/2022

## STATUS UPDATE

Reference is made to Khalil Howard (Howard), who is pending a violation of supervised release (VOSR) before The Honorable Peter G. Sheridan, Senior United States District Judge. On February 8, 2024, Your Honor ordered Howard detained during a bail hearing on the pending VOSR. Howard was granted the opportunity to make a bail application at a later time. On March 26, 2024, Howard submitted an application to be released on bail, which Your Honor signed on March 26, 2024. As part of the conditions of bail ordered by Your Honor, Howard is subject to home detention via location monitoring. The purpose of this correspondence is to advise the Court that according to the United States Marshals Service and the Monmouth County Correctional Institution, Howard will be released from custody during the late afternoon of April 1, 2024. As a result of Howard's release directly from the Monmouth County Correctional Institution, at an unspecified time, the Probation Office respectfully requests permission to have Howard installed on location monitoring within 24 hours of his release from custody.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  JOHN L. ALMANZA
Senior U.S. Probation Officer

/ jla

Prob 12A – page 2
Khalil I Howard

APPROVED:

_____    04/01/24
PATRICK HATTERSLEY                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ The bail condition of home detention via location monitoring shall commence within 24 hours of Howard's release from custody (as requested by the Probation Office)  *date of this order*

☐ Other

_____
Signature of Judicial Officer

_____
Date