PROB 12E
(03/24)

# United States Probation Office
# United States District Court
# for the District of New Jersey

## Petition for Action on Conditions of Release
## Pending a Violation of Probation/Supervised Release Hearing

April 2, 2024

Name of Individual Under Supervision: Khalil I Howard     Cr.: 19-00485-001
                                                           PACTS #: 6355613

Name of Assigned District Court Judge:  THE HONORABLE PETER G. SHERIDAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Name of Magistrate Judicial Officer:  THE HONORABLE TONIANNE J. BONGIOVANNI
                                      U.S. MAGISTRATE JUDGE

Date of Original Sentence: 09/20/2021

Original Offense:  Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), Class C felony

Original Sentence: 30 months imprisonment, 3 years supervised release

Special Conditions: Substance Abuse Testing/Treatment, Gambling Restriction, Prohibition on Gangs/Criminal Associations, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Motor Vehicle Compliance, Support Dependents

Type of Supervision: supervised release         Date Supervision Commenced: 12/30/2022

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons
☐ To notify the Court of non-compliance while under release but request no further action

## CAUSE

On March 26, 2024, a Consent Order for Release on Conditions was signed ordering the above-named individual under supervision to be released on the following conditions: 1) Mr. Howard shall reside with his father, Romero Howard, 1300 Asbury Avenue, Apartment 8, Asbury Park, New Jersey 07712; 2) home detention with electronic monitoring and employment shall be imposed; and all other conditions of supervised release remain the same pending a violation of supervised release hearing.

Mr. Howard was released from Monmouth County Correctional Facility on April 1, 2024, and reported to the probation office on April 2, 2024. During this meeting with the probation officer, Mr. Howard advised he would not be able to reside at 1300 Asbury Avenue, Apartment 8, Asbury Park, New Jersey and indicated he did not have any alternative addresses. At this time, Mr. Howard cannot satisfy the consent order that was signed on March 26, 2024. Based on this information, the probation office respectfully requests the issuance of a warrant.

Prob 12E – page 2
Khalil I Howard

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: PATRICK HATTERSLEY
Supervising U.S. Probation Officer

/jla

APPROVED:

_____  04/02/24
PATRICK HATTERSLEY              Date
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☒ The Issuance of a Warrant (as recommended by Probation). *THIS DOCUMENT SHALL BE SEALED UNTIL ARREST OF THE INDIVIDUAL UNDER SUPERVISION.*

☐ The Issuance of a Summons. Date and time of hearing: _____
in Courtroom _____ before Judge _____.

☐ No Action.

☐ Other: _____.

_____
Signature of Judicial Officer

_____
Date